UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIKE REDFORD,<br><br>            Plaintiff,<br><br>    v.<br><br>IRON PLANET INC. and UNKNOWN SELLER INC.,<br><br>            Defendants. | Case Number 11-cv-04145 NC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

      A case management conference currently is scheduled for December 14, 2011. As Plaintiff Redford has not served a summons on Defendants, the case management conference is CONTINUED to February 1, 2012. No later than seven days before the conference, the parties must file in ECF a joint case management statement and proposed order. *See* Civil L.R. 16-9(a); Standing Order for all Judges of the Northern District of California. The joint statement must include a disclosure of non-party interested entities or persons. *See* Civil L.R. 3-16. Additionally, each party must file its consent or declination to the jurisdiction of a magistrate judge by January 25, 2012. Please see this Court's Civil Standing Order for more information.

      To obtain information as to how to serve a summons under Federal Rule of Civil Procedure 4, Redford is advised to consult this Court's handbook for pro se litigants, which can be found at http://www.cand.uscourts.gov/prosehandbk, or to contact the San Francisco Courthouse Legal Help Center at 415.782.9000 extension 8657. The San Francisco Courthouse

Case No. 11-cv-04145 NC
ORDER CONTINUING CMC

Legal Help Center is located at 450 Golden Gate Avenue, 15th Floor, San Francisco, California, 94102.

IT IS SO ORDERED.

DATED: December 12, 2011

_____
NATHANAEL M. COUSINS
United States Magistrate Judge