UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIKE REDFORD,<br><br>                    Plaintiff,<br><br>          v.<br><br>IRON PLANET INC. and UNKNOWN SELLER INC.,<br><br>                    Defendants. | Case Number 11-cv-04145 NC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

     A case management conference currently is scheduled for December 14, 2011.  As Plaintiff Redford has not served a summons on Defendants, the case management conference is CONTINUED to February 1, 2012.  No later than seven days before the conference, the parties must file in ECF a joint case management statement and proposed order.  *See* Civil L.R. 16-9(a); Standing Order for all Judges of the Northern District of California.  The joint statement must include a disclosure of non-party interested entities or persons.  *See* Civil L.R. 3-16.  Additionally, each party must file its consent or declination to the jurisdiction of a magistrate judge by January 25, 2012.  Please see this Court's Civil Standing Order for more information.

     To obtain information as to how to serve a summons under Federal Rule of Civil Procedure 4, Redford is advised to consult this Court's handbook for pro se litigants, which can be found at http://www.cand.uscourts.gov/prosehandbk, or to contact the San Francisco Courthouse Legal Help Center at 415.782.9000 extension 8657.  The San Francisco Courthouse

Legal Help Center is located at 450 Golden Gate Avenue, 15th Floor, San Francisco, California, 94102.

IT IS SO ORDERED.

DATED: December 12, 2011

_____
NATHANAEL M. COUSINS
United States Magistrate Judge