# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MIKE REDFORD<br><br>Plaintiff,<br><br>v.<br><br>IRON PLANET, INC. and UNKNOWN SELLER, INC.,<br><br>Defendants. | Case No. 11-cv-04145 NC<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

On December 12, 2011, the Court rescheduled the initial case management conference to February 1, 2012, because Redford had not served a summons on Defendants. Dkt. No. 7. As Redford still has not served Defendants, the case management conference currently scheduled for February 1, 2012, is VACATED.

IT IS SO ORDERED.

DATED: January 30, 2012

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 11-cv-04145 NC
ORDER VACATING CMC