1
2
3
4
5
6                          UNITED STATES DISTRICT COURT
7                         NORTHERN DISTRICT OF CALIFORNIA
8                              SAN FRANCISCO DIVISION
9

10   MIKE REDFORD,                              Case Number 11-cv-04145 NC
11                    Plaintiff,
                                                 **ORDER TO SHOW CAUSE**
12            v.
13   IRON PLANET INC. and UNKNOWN SELLER
     INC.,
14
15                    Defendants.

16
17
18       Redford filed this action for violations of article 9 of the Uniform Commercial Code on
19   August 22, 2011. Dkt. No. 1, Compl. at 2-3. As of the date of this order, Defendants have not
20   been served with a summons and a copy of the complaint. Federal Rule of Civil Procedure 4(m)
21   provides that if a defendant is not served within 120 days after the complaint is filed, the court
22   may dismiss the action after notice to the plaintiff. As more than 120 days have passed since
23   Redford filed the complaint, Redford must show cause by February 22, 2012, why this action
24   should not be dismissed under Rule 4(m).
25       Also by February 22, 2012, Redford must show cause why this action should not be
26   dismissed for lack of subject matter jurisdiction. Redford has the burden of establishing in his
27   complaint that diversity of citizenship under 28 U.S.C. § 1332 exists, but he has not met this
28   burden. *See Bautista v. Pan American World Airlines, Inc.*, 828 F.2d 546, 552 (9th Cir. 1987)
     ("The essential elements of diversity jurisdiction, including the diverse residence of all parties,

must be affirmatively alleged in the pleadings.") (citations and internal quotation marks omitted). Redford alleges that defendants are residents of Alameda County, California but does not allege the state in which he was domiciled at the time he filed this action. Compl. at 6.

IT IS SO ORDERED.

DATED: February 2, 2012

_____
NATHANAEL M. COUSINS
United States Magistrate Judge